STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Jane Hogan
Attorney at Law
310 North Cherry St, Unit 1
Hammond LA 70401

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 16, 2020

**REHEARING ACTION: December 16, 2020**

**Docket Number: 19   00790-KA**

**STATE OF LOUISIANA
VERSUS
MICHAEL L. GUIDRY**

**Appealed from St. Landry Parish Case No. 18-K-2690-C**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell
Hon. Shannon J. Gremillion
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Michael L. Guidry** has this day been

**DENIED.**

cc: Charles T. Cravins, Counsel for the Appellee
    Kathleen E. Ryan, Counsel for the Appellee